

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     San Jacinto River Authority v. Vicente Medina, Ashley Medina and
Aris Antoniou

Appellate case number:   01-18-00407-CV

Trial court case number: 2018-10478

Trial court:             151st District Court of Harris County

Appellant, the San Jacinto River Authority, filed a motion to reset oral argument.

We grant the motion and we withdraw this case from submission. The case will be resubmitted on a later date.

It is so ORDERED.


Judge's signature: /s/ Russell Lloyd
                   Acting individually

Date:  August 30, 2018